# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHELLE LADNER,
                  Appellant,
vs.
EUGENE T. STANTEN, II; PREKEI
STANTEN; ALCHEMY INVESTMENTS,
LLC; RUSHMORE LOAN
MANAGEMENT; VEGAS VALLEY
EVICTION SERVICES; WFG TITLE
COMPANY; AND FIRST AMERICAN
TITLE INSURANCE COMPANY,
                  Respondents.

No. 84431

FILED

APR 29 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the district court's minute order regarding the sale of real property. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Initial review of the notice of appeal and the documents before this court reveals a jurisdictional defect. The district court's minute order is not effective and cannot be appealed. *See State, Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective."); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (stating that the district court's minute order is ineffective and cannot be appealed). Additionally, this court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows for

22-13701

an appeal from the district court's order identified in appellant's notice of appeal. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. David M. Jones, District Judge
       Michelle Ladner
       Avalon Legal Group LLC
       Eugene T. Stanten, II
       First American Title Insurance Company
       Prekei Stanten
       Roger P. Croteau & Associates, Ltd.
       Vegas Valley Eviction Services
       WFG Title Company
       Eighth District Court Clerk

Supreme Court
OF
Nevada

(O) 1947A

---

[1]Given this dismissal, this court takes no action in regard to appellant's motion for stay filed on April 4, 2022.

2